# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Primitivo,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-18-04595-PHX-ROS<br><br>**ORDER** |

On July 22, 2019, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be dismissed as untimely. Petitioner did not file any objections to the R&R. Therefore, the R&R will be adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED IN FULL**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall enter a judgment of dismissal with prejudice.

…

…

…

…

1     **IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because
2 dismissal of the petition is justified by a plain procedural bar and jurists of reason would
3 not find the procedural ruling debatable.
4     Dated this 23rd day of September, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge